## BEAL v. STONE.

1. Bill of exceptions: NEW TRIAL. The action of the District Court in overruling a motion for a new trial, based on the ground that the verdict was against the evidence and instructions, will not be interfered with where the bill of exceptions does not embody such instructions and all of the evidence.

2. New trial: GROUNDS MUST BE STATED. Grounds relied upon as the basis of a new trial must be set out in the motion therefor, or they will not be considered; and affidavits will not be received in support of the same unless thus stated.

*Appeal from Pottawattomie District Court.*

MONDAY, JULY 1.

*Caleb Baldwin* for the appellant.

*L. W. Ross* for the appellee.

LOWE, Ch. J. — An action between the parties for mutual demands. At the trial, the jury returned a verdict of $213 for the plaintiff, whereupon the defendant filed a motion for a new trial, setting forth, as grounds therefor, that the verdict of the jury was contrary to law, against the evidence and the instructions of the court.

The overruling of this motion is the foundation of this appeal, and the same is assigned for error here. Whether

it is so, we are unable to pronounce, for the reasons that the alleged instructions are not in the record, and only a portion of the evidence, as the bill of exceptions expressly states.

At the hearing of the motion, the affidavits of two of the jurors were produced and read, to the effect that the return of the jury was a quotient verdict, so far as it determined the amount of the defendant's offset. If so, this, as we have before held (*Wright v. Telegraph Co.*, 20 Iowa, 195), would vitiate the verdict, and entitle the complaining party to a new trial. But in order to take advantage of such misconduct on the part of the jury, he must set it forth in his motion for a new trial, according to the express requirements of sections 3112 and 3115 of the Revision, to the end, we suppose, that the opposite party might be prepared to meet the complaint with counter affidavits. As no such grounds were alleged in the motion for a new trial, we cannot say that the court erred in rejecting the affidavits offered in support of the same, and we accordingly affirm.

*2. NEW TRIAL: grounds must be stated.*

Affirmed.